**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

AMANDA JACKSON,

        Plaintiff,

v.

ASHLEY BLAKE COLLINS *et al.*,

        Defendants.

Case No.
1:24-cv-01132-RLY-MJD

### DEFENDANT RED CYPRESS GROUP'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, corporate Defendant Red Cypress Group makes the following disclosures:

- Red Cypress Group is wholly owned by the Wakpamni Lake Community Corporation (WLCC), which is a wholly-owned and operated subsidiary, economic arm and instrumentality of the Oglala Sioux Tribe.

- Red Cypress Group does business as "Valley Servicing" and "Apex Servicing." As such, Defendants Valley Servicing and Apex Servicing are not corporations for which a disclosure is required.

Date:  August 8, 2024

Respectfully Submitted,

/s/ *Mark E. Rooney*
Mark E. Rooney (Bar No. 979097)
HUDSON COOK LLP
1909 K Street, NW
Fourth Floor
Washington, DC  20006
Telephone: 202-715-2015

Email: mrooney@hudco.com

*Counsel for Defendants Red Cypress Group, Valley Servicing, and Apex Servicing*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Mark E. Rooney*
Mark E. Rooney