IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMANDA JACKSON. on behalf of Plaintiff and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:24-cv-01132-RLY-MJD |
| ASHLEY BLAKE COLLINS; RED CYPRESS GROUP; VALLEY SERVICING; APEX SERVICING; and JOHN DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Amanda Jackson ("Plaintiff") and Defendants Ashley Blake Collins, Red Cypress Group, Valley Servicing, and Apex Servicing (collectively, "Defendants") hereby notify this Court that the Parties have settled this in case in principle on an individual basis and expect to file dismissal papers withing the next sixty (60) days. The Parties respectfully request that all deadlines be stayed while the Parties negotiate a written settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra Huzyk* | */s/ Mark E. Rooney (with consent)* |
| Daniel A. Edelman | Mark E. Rooney |
| Heather Kolbus | HUDSON COOK, LLP |
| Alexandra Huzyk | 1909 K Street, NW |
| EDELMAN, COMBS, LATTURNER | 4th Floor |
| & GOODWIN, LLC | Washington, DC 20006 |
| 20 S Clark Street, Suite 1800 | (202) 715-2015 |
| Chicago, IL 60603 | Fax: (202) 223-6930 |
| (312) 739-4200 | mrooney@hudcon.com |
| (312) 419-0379 (FAX) | |

1

courtecl@edcombs.com  *Counsel for Defendants*
dedelman@edcombs.com
hkolbus@edcombs.com
ahuzyk@edcombs.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Alexandra R. Huzyk certifies that on October 22, 2025 this document was filed via ECF, causing a copy to be served on all counsel of record.

*s/Alexandra R. Huzyk*
Alexandra R. Huzyk
